IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AKENSHAI TOWNS,

    Plaintiff,

v.

DISTRICT ATTORNEY R. SETH WILLIAMS, et al,

    Defendants.

CIVIL ACTION
NO. 17-2866

## ORDER

**AND NOW**, this 29th day of March, 2019, upon consideration of all pending motions in this matter, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss of Defendant Officer Michael Schauffele (Docket No. 20) is **GRANTED**;

2. The Motion to Dismiss of Defendant Lawrence S. Krasner (Docket No. 21) is **GRANTED**;

3. Plaintiff's Motion for an Order Compelling Discovery (Docket No. 19) is **DENIED** as moot;

4. Plaintiff's Amended Complaint is **DISMISSED** with prejudice; and

5. The Clerk shall close this case.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.